IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

DAMON JONES                                                          PLAINTIFF

VS.                          Civil No. 05-CV-1077

CALVIN KNIGHTON,
Columbia County Sheriff;
VICTOR REYNOLDS, Jail
Administrator, Columbia
County Justice Center; and
LT. JANICE DELANEY                                                  DEFENDANTS

## ORDER

Now on this 3rd day of May, 2006, comes on for consideration the proposed findings and recommendations filed herein on April 17, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the Defendants' Motion for Summary Judgment should be and is hereby granted and the case dismissed.

IT IS SO ORDERED.


        /s/ Harry F. Barnes
        **HARRY F. BARNES**
        **U.S. DISTRICT JUDGE**